UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: RICKY BRATCHER ) | ) | CHAPTER 13 |
| DEBTOR ) | ) | CASE NO. 12-42063 |
| ) | ) | JUDGE DIEHL |
| vs. ) | ) | CONTESTED MATTER |
| CHASE BANK USA, N.A. ) | ) | |
| RESPONDENT ) | | |

## MOTION TO AVOID LIEN

The Motion of Movant(s) respectfully represents:

1.

Movant(s) files this Motion pursuant to 11 U.S.C. Section 522(f) and Bankruptcy Rule 4003(d) to avoid a judicial lien on certain of Movant's property.

2.

Respondent obtained a judgment against the Debtor in the Superior Court of Polk County, Georgia, Case No. 2010CV-1101M on or about June 12, 2012, in an unpaid balance of $12,036.84 plus court costs.

3.

The existence of the Respondent's lien on Movant's property impairs exemptions allowed to the Movant pursuant to 11 U.S.C. Section 522(b) and O.C.G.A. § 44-13-100(a)(1)(4) and (6).

**WHEREFORE**, Movant prays for judgment against the Respondent for the cancellation an avoidance of the judicial lien, to the extent said lien impairs exemptions allowed to the Movant pursuant to 11 U.S.C. Section 522(b) and O.C.G.A. § 44-13-100(a)(a)(4) and (6), and for such other and further relief as is just.

Respectfully submitted this 25th day of July, 2012.

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798

Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161
(706) 413-3837 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: RICKY BRATCHER | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | CASE NO. 12-42063 |
| | ) | |
| | ) | JUDGE DIEHL |
| vs. | ) | |
| | ) | CONTESTED MATTER |
| CHASE BANK USA, N.A. | ) | |
| | ) | |
| RESPONDENT | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

**NOTICE IS HEREBY GIVEN** that, on July 25, 2012, a **Motion to Avoid Lien** on exempt property pursuant to 11 U.S.C. Section 522 was filed in this case.

**NOTICE IS FURTHER GIVEN** that, pursuant to BLR 6008-2, Respondent must file a response to the motion within 21 days after service, and serve a copy of said response upon Movant. If no response is time filed and served, the motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Respectfully submitted this 25th day of July, 2012.

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798

Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161
(706) 413-3837 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

UNITED STATES BANKRUTPCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE:    RICKY BRATCHER ) | CHAPTER 13 | |
| ) | | |
| DEBTOR ) | CASE NO. 12-42063 | |
| ) | | |
| ) | JUDGE DIEHL | |
| vs. ) | | |
| ) | CONTESTED MATTER | |
| CHASE BANK USA, N.A. ) | | |
| ) | | |
| RESPONDENT ) | | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am, and all times hereinafter mentioned, was more than 18 years of age, and that on July 25, 2012, I served a copy of the **Motion to Avoid Lien on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Lien on Exempt Property and of Time to File Same** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740

Chase Bank USA
File #: 0941510
Registered agent
The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Ricky Bratcher
246 Lakeview Road
Rockmart, GA 30153

Chase Bank USA /JP Morgan Chase
Attorney & Registered Agent
Sidney Gelernter
3415 Vision Drive
Columbus, OH 43219

Jarvis Lakemaker
Attorney for Plaintiff
1427 Roswell Road
Marietta, GA 30062

This 25th day of July, 2012.

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161
(706) 413-3837 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com