## UNITED STATES BANKRUTPCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: RICKY BRATCHER<br>PENNY BRATCHER<br>DEBTORS | § § § § § § § § § § § § § | CHAPTER 13<br><br>CASE NO. R12-42063MGD<br><br>JUDGE DIEHL<br><br>CONTESTED MATTER |
| RICKY BRATCHER<br>PENNY BRATCHER<br>OBJECTORS | | |
| vs. | | |
| CITIFINANCIAL, INC.<br>RESPONDENT | | |

### OBJECTION TO LATE FILED PROOF OF CLAIM #35

COMES NOW, **RICKY BRATCHER and PENNY BRATCHER**, Debtors in the above styled case, and files herewith this OBJECTION TO PROOF OF CLAIM (Claim #35 on the Court's Docket) of **CITIFINANCIAL, INC.** and showing to this Court as follows:

1.

The Debtor filed the above styled Chapter 13 on July 9, 2012.

2.

**CITIFINANCIAL, INC.** filed an unsecured claim in the amount of $4,977.76 on September 25, 2013. The claim is referenced as Claim #35 on the Court's docket.

3.

The claim bar date in this case was November 13, 2012.

WHEREFORE, Debtor prays for relief as follows:

(a) that the matter be set for a hearing at the earliest possible time;
(b) that the entire proof of claim number thirty-five (35) be DISALLOWED; and
(c) for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No: 412798

Law Office of Jeffrey B. Kelly
107 East Fifth Avenue
Rome, GA 30161
(706) 413-3837
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

# UNITED STATES BANKRUTPCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: RICKY BRATCHER<br>PENNY BRATCHER<br>DEBTORS | § § § § | CHAPTER 13 |
| RICKY BRATCHER<br>PENNY BRATCHER<br>OBJECTORS | § § § § | CASE NO. R12-42063MGD<br><br>JUDGE DIEHL |
| vs. | § § | |
| CITIFINANCIAL, INC.<br>RESPONDENT | § § § § | CONTESTED MATTER |

## NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF CITIFINANCIAL, INC.; CLAIM #35; OF DEADLINE FOR FILING RESPONSE; AND NOTICE OF HEARING

PLEASE TAKE NOTICE that **RICKY BRATCHER and PENNY BRATCHER**, Debtors, have filed an Objection to the above-referenced claim seeking an Order granting such. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views, then on or before May 16, 2014 you or your attorney must:

(1) File with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia, 30161-3187.

If you mail your response to the Clerk for filing, you must mail it early enough so the Clerk will actually receive it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney files a timely response, then **a hearing will be held in Courtroom 342, United States Courthouse, 600 East First Street, Rome, Georgia at 10:00 a.m. May 21, 2014**. You or your attorney must attend the hearing and advocate your position.

Dated this 16th day of April, 2014.

                                        /s/ Jeffrey B. Kelly
                                        Jeffrey B. Kelly
                                        Attorney for Debtors
                                        GA Bar No: 412798

Law Office of Jeffrey B. Kelly
107 East Fifth Avenue
Rome, GA 30161
(706) 413-3837
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the attached **Objection to Claim and Notice** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740

Ricky Bratcher
Penny Bratcher
246 Lakeview Road
Rockmart, GA 30153

Margaret Nderitu
Bankruptcy Specialist
**Filed POC**
CitiFinancial, Inc.
PO Box 6042
Sioux Falls, SD 57117-6042

CT Corporation System
Registered Agent for
CitiFinancial, Inc.
Control #: *K313254*
Entity ID: *878732*
1201 Peachtree Street, NE
Atlanta, GA 30361

James W. Schneider, CEO
CitiFinancial, Inc.
300 St. Paul Place
Baltimore, MD 21202

Gregory Lechner, CFO
CitiFinancial, Inc.
300 St. Paul Place
Baltimore, MD 21202

Linda Davis, Secretary
CitiFinancial, Inc.
300 St. Paul Place
Baltimore, MD 21202

This 16th day of April, 2014.


 /s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtors
GA Bar No: 412798
Law Office of Jeffrey B. Kelly
107 East Fifth Avenue
Rome, GA 30161
(706) 413-3837
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com